

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2014

No. 04-14-00066-CR

Jesse Joe **SALINAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 12-11-00098-CRK
Honorable Stella Saxon, Judge Presiding

## O R D E R

The trial court's certification in this appeal states that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." The clerk's record contains a written plea bargain, and the punishment assessed did not exceed the punishment recommended by the prosecutor and agreed to by the defendant. Therefore, the trial court's certification accurately reflects that the criminal case is a plea-bargain case. *See* TEX. R. APP. P. 25.2(a)(2).

This court must dismiss the appeal "if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." *Id.* R. 25.2(d); *see Chavez v. State*, 182 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Therefore, we ORDER that this appeal will be dismissed under rule 25.2(d) of the Texas Rules of Appellate Procedure unless Appellant causes an amended trial court certification to be filed within THIRTY days of the date of this order showing Appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(d), 37.1; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.).

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court